IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDERSON-TULLY LUMBER COMPANY                                   PLAINTIFF

VS.                              CIVIL ACTION NO. 5:05-cv-68(DCB)(JCS)

INTERNATIONAL FOREST PRODUCTS, S.r.l.                           DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the defendant International Forest Products, S.r.L.'s renewed motion to dismiss, and the motion having been granted in a separate Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.  Should any of the plaintiff's claims survive the pending Italian litigation without resolution, this case may be reopened.

SO ORDERED, this the  26th  day of September, 2007.


                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE